**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VICKIE L. KIDWELL, | ) | No. CV 12-08822-VBK |
| Plaintiff, | )<br>) | JUDGMENT |
| v. | )<br>) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | )<br>)<br>) | |
| Defendant. | )<br>) | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for calculation of benefits consistent with the Memorandum Opinion.

DATED: August 21, 2013

                    /s/
              VICTOR B. KENTON
              UNITED STATES MAGISTRATE JUDGE