1  Thelma S. Cohen (CSBN: 65490)
   **POTTER, COHEN & SAMULON**
2  3852 E. Colorado Blvd.
3  Pasadena, CA 91107
   Telephone: (626) 795-0681
4  Facsimile:  (626) 795-0725
   E-mail: tcohen@pottercohenlaw.com
5

6  Attorney for Plaintiff

7

8           **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
9                   **WESTERN DIVISION**

10
   VICKIE L. KIDWELL,                          ) Case No.: CV 12-08822 (VBK)
11                                             )
            Plaintiff,                         ) ORDER AWARDING EQUAL
12                                             ) ACCESS TO JUSTICE ACT
        vs.                                    ) ATTORNEY FEES PURSUANT TO
13                                             ) 28 U.S.C. § 2412(d)
   CAROLYN W. COLVIN, Acting                   )
14 Commissioner of Social Security,            )
                                               )
15          Defendant                          )
                                               )
16 _____)

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that the Commissioner shall pay the amount of

20 $5000.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

21 above-referenced Stipulation.

22 DATE:    December 10, 2013
                                        /s/
23                                _____
24                                THE HONORABLE VICTOR B. KENTON
   _____
25                                UNITED STATES MAGISTRATE JUDGE

26

-1-

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | LAW OFFICES OF POTTER, COHEN & SAMULON |
| 3 | /s/ *Thelma S. Cohen* |
| 4 | _____<br>Thelma S. Cohen<br>Attorney for Plaintiff |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |